In the Matter of the General Assignment for the Benefit of Creditors of SAUL SIEGEL, Assignor, to LOUIS LINDAUER, Assignee, Respondent. DAVID LEEF, a Marshal of the City of New York, Appellant.— Order denying motion to direct assignee to redeliver premises and stock to the marshal and to declare that attaching creditors have a prior lien upon the assets reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the appellant, as a marshal of the city of New York, made a valid levy under a proper warrant of attachment, upon the personal property of Siegel prior to the making of the general assignment for the benefit of creditors, and that the appellant did not relinquish his levy or surrender the said property to the assignee. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

IRVING JONAS, Appellant, v. HELEN JONAS, Respondent.— Order granting motion for alimony *pendente lite* and counsel fee affirmed, without costs. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a denial of the motion.

FREDERICK A. KISSNER, Appellant, v. HENRY P. WOOD, Defendant, and MIKE ZAMORSKI, Respondent.— Order changing place of trial from Queens county to Suffolk county reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The affidavits upon which the order of removal was predicated are insufficient. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

GEORGE W. KREMER, Respondent, v. NEW YORK AIR TERMINALS, INC., Appellant.— Order denying motion to permit defendant to serve a supplemental answer, to compel plaintiff to reply thereto, and to stay the trial until the service of such reply reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, said answer to be served within five days from the entry of the order herein; issue to remain as of the original date of issue. The proposed supplemental answer contains a statement of facts which are conceded. It was, therefore, an abuse of discretion not to grant the motion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, v. LIBBY STARR, Appellant, and LUCIANO MARTIRANO and ALEXANDER MARTIRANO, Copartners Doing Business under the Name and Style of MARTIRANO BROTHERS and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Carswell and Scudder, JJ.